## Altoona Sanitary Milk Company *v.* Dietrich, Appellant.

Argued Oct. 26, 1908. Appeal, No. 10, Oct. T., 1908, by defendant, from judgment of C. P. Blair Co., Oct. T., 1907, No. 320, on verdict for plaintiff in case of Altoona Sanitary Milk Company v. H. H. Dietrich. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY PORTER, J., February 26, 1909:

This case involves the same questions considered in the case of Altoona Sanitary Milk Company v. Armstrong, in which an opinion has this day been filed, post, p. 350, and for the reasons there stated the judgment is affirmed.

---

## Stewart's Private Road.

*Road law—Private road—Private right of way—Acts of June* 13, 1836, *P. L.* 551, *and April* 4, 1901, *P. L.* 65—*Field—Plantation:*

1. The Act of June 13, 1836, P. L. 551, as amended by the Act of April 4, 1901, P. L. 65, authorizes the laying out of a private road from a field or plantation separated from the owner's mansion house or dwelling, over another person's land to a public road.